# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| VAMSIDHAR VURIMINDI, | : | No. 134 EM 2015 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| CLERK OF COMMON PLEAS COURT, PHILADELPHIA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.